UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLUWOLE OGUNDARE,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES,

                Defendant.

23-CV-4171 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Equifax Information Services. Plaintiff is directed to serve the summons and complaint on the defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served the defendant or requested an extension of time to do so, the Court may dismiss the claims against the defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated:   5/24/23
           New York, New York

                                            VERNON S. BRODERICK
                                            United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the fees to bring this action upon filing. The Court therefore extends the time to serve until 90 days after the date the summons is issued.